[No. 4331–2–III.  Division Three.  May 18, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
H. LINNEY, *Appellant.*

Appeal from a judgment of the Superior Court for
Lincoln County, No. 2279, Willard A. Zellmer, J., entered
January 6, 1981. *Affirmed* by unpublished opinion per
McInturff, C.J., concurred in by Munson and Roe, JJ.

[No. 4319–3–III.  Division Three.  May 18, 1982.]

GERALD G. WILEY, *Respondent,* v. MARCIE BRUNO, ET AL,
*Respondents,* TORDENSKJOLD LODGE NO. 5,
SONS OF NORWAY, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 80–2–00176–5, John J. Ripple, J.,
entered November 26, 1980. *Affirmed* by unpublished opin-
ion per McInturff, C.J., concurred in by Green and Roe, JJ.

[No. 5237–7–II.  Division Two.  May 20, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE
MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. CR–616, John W. Schumacher, J.,
entered December 19, 1980. *Affirmed* by unpublished opin-
ion per Reed, C.J., concurred in by Petrie and Petrich, JJ.